

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2013

No. 04-12-00816-CV

Daniel A. **BASS,**
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19911
The Honorable Mollee Bennett Westfall, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by August 28, 2013. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court